IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERARDO ORTIZ GUZMAN,

    Petitioner,

v.

WARDEN E. EMMERICH et al.,

    Respondents.

ORDER

Case No. 25-cv-96-wmc

---

Petitioner Gerardo Ortiz Guzman seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 13, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 10, 2024 through the date of the petition, February 10, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Gerardo Ortiz Guzman may have until March 13, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 13, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 13th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge